# EXHIBIT 1



**BLUE TEAL HOLDINGS, LLC**
Secure Processing Center
P.O. Box 680
Central Islip, NY 11722-0680



\*\*\*\*\*\*\*AUTO\*\*SCH-5-DIGIT 73120
William B. Federman

▐▌▗▖▌▌▄▄▖▌▐▐▌▗▖▌▌▐▖▗▖▖▌▐▌▖▄▗▖▌▐▌▐▐▌▌▌▖▐▖▗▖▄▄▄

P-2
T-3

**IMPORTANT INFORMATION**
**PLEASE REVIEW CAREFULLY**



May 28, 2026

Dear William:

I am writing with important information regarding a recent data security incident at Blue Teal Holdings, LLC ("Blue Teal Holdings"). The privacy and security of the protected personal information entrusted to us is of the utmost importance to our business. As such, we wanted to provide you with information about the incident, explain steps you can take to protect your information, and let you know that we continue to take significant measures to protect your information.

*What Happened?*

On or about October 13, 2025 Blue Teal Holdings experienced unauthorized access to certain systems in our environment.

*What We Are Doing.*

Upon learning of the issue, we commenced a prompt and thorough investigation. As part of our investigation, we engaged external cybersecurity experts and conducted a manual review of the impacted files. Based on that review, we discovered on May 11, 2026 that certain files within the impacted systems that were subject to unauthorized access or acquisition contained your protected personal information. Your information was impacted by the incident through your current or previous relationship with one of Blue Teal Holdings' affiliates, subsidiaries, and other entities.

*What Information Was Involved?*

The potentially impacted files contained your name and taxpayer identification number, account number, and account type.

*What You Can Do.*

**We have no evidence that any of your information has been used for identity theft or to commit financial fraud.** Nevertheless, out an abundance of caution, we want to make you aware of the scope of the incident. This letter also provides other precautionary measures to protect your personal information, including placing a fraud alert and/or security freeze on your credit files and/or obtaining a free credit report. Additionally, you should always remain vigilant in reviewing your financial account statements and credit reports for fraudulent or irregular activity on a regular basis.

*For More Information.*

Please accept our apologies that this incident occurred. We are committed to maintaining the privacy of protected personal information in our possession and have taken precautions to safeguard it. We continually evaluate and modify our practices and controls to enhance the security and privacy of your personal information.