# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WHICHITA FALLS DIVISION

**WILLIAM FEDERMAN**,
individually and on behalf of all others
similarly situated,

      Plaintiff,                            **Case No. 7:26-cv-00064-O**

      v.

**BLUE TEAL HOLDINGS, LLC**

      Defendant.

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Defendant, Blue Teal Holdings, LLC ("Blue Teal"), through the undersigned counsel, moves for a forty-five (45) day extension of the time in which to answer, move or otherwise plead in response to Plaintiff's Complaint (ECF No. 1), and in support states as follows:

1.      Plaintiff filed his Complaint on June 3, 2026. (ECF No. 1).

2.      The Complaint was served on Blue Teal on June 10, 2026. Therefore, the deadline for Blue Teal to respond to the Complaint is July 1, 2026.

3.      Blue Teal requires additional time to investigate the allegations of the Complaint and prepare a response.

4.      Further, this matter is related to two other cases pending in this court, *McCowin v. Blue Teal Holdings, LLC*, No. 7:26-cv-00063-O (which has not been served to date) and *Moser v. Blue Teal Holdings, LLC*, No. 7:26-cv-00069-O (which was served on June 24, 2026). Upon information and belief, *Moser* and this case

may ultimately be consolidated into the first-filed *McCowin* action upon motion from the plaintiffs.

5.     Blue Teal also anticipates that a related action from the Wichita County District Court, *Cantu v. Blue Teal Holdings, LLC*, No. DC30-CV2026-1085, may also ultimately be removed into this Court and potentially consolidated with the three pending federal actions.

6.     A consolidation as described above would likely result in an amended consolidated complaint being filed, and would make an earlier answer or responsive brief in this case unnecessary and inefficient.

7.     Blue Teal thus requests a 45-day extension of time, through August 15, 2026, to file its response to the Complaint.

8.     The requested extension also contemplates aligning the deadlines to respond to both this action and the *Moser* action.

9.     Counsel for Blue Teal has conferred with counsel for Plaintiff, and Plaintiff does not oppose this request.

10.     This request is made in good faith and not for purposes of delay. Neither party will be prejudiced by the requested extension.

WHEREFORE, Blue Teal respectfully requests that it be granted a 45-day extension of time, through August 15, 2026, to file its responsive motion or pleading to Plaintiff's Complaint.


Dated: June 26, 2026                                Respectfully submitted,

                                                    By: */s/ Ryan Jones*
                                                        Ryan Jones
                                                        State Bar No. 24094343

COZEN O'CONNOR
1717 Main Street, Suite 3100
Dallas, Texas 75201
Telephone: (214) 462-3000
ryanjones@cozen.com

*Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel certifies that on June 25, 2026, counsel for both parties conferred about the foregoing motion, and Plaintiff's counsel indicated that Plaintiff is unopposed to the requested relief.

*/s/ Ryan Jones*
Ryan Jones

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF filing system on June 26, 2026.

*/s/ Ryan Jones*
Ryan Jones