**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| **WILLIAM FEDERMAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BLUE TEAL HOLDINGS, LLC**<br><br>Defendant. | **Case No. 7:26-cv-00064-O** |

**PLAINTIFF WILLIAM FEDERMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT BLUE TEAL HOLDINGS, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff William Federman hereby voluntarily dismisses his case, without prejudice, against Defendant Blue Teal Holdings, LLC. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: July 1, 2026

Respectfully Submitted,

*/s/ Jonathan Herrera*
Jonathan Herrera
Jessica A. Wilkes
Anushe Zebal, Tex. Bar No. 24143548
FEDERMAN & SHERWOOD
4131 N. Central Expressway Suite 900
Dallas, TX 75204
T: (800) 237-1277
jjh@federmanlaw.com
jaw@federmanlaw.com
anz@federmanlaw.com

*Counsel for Plaintiff William Federman*

**CERTIFICATE OF SERVICE**

I hereby certify that upon filing of the foregoing notice, a true and correct copy of the same was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jonathan Herrera*
Jonathan Herrera